1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KLEIN

*E-FILED - 7/16/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00453 RMW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING;[] ORDER** |
| vs. | |
| PETER FRANKLIN KLEIN, | |
| Defendant. | |

Defendant, Peter Franklin Klein by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Daniel Kaleba, hereby stipulate and agree to request that the Court continue the status conference currently set for Monday, July 13, 2009, in the above captioned matter to Monday, July 27, 2009, at 9:00 a.m.

The continuance is requested to allow for effective defense preparation and to allow time to negotiate a global resolution.

The parties further agree and stipulate that time should be excluded from and including July 13, 2009 through and including July 27, 2009, for effective defense preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and

STIPULATION TO CONTINUE HEARING;
[] ORDER
United States v. Klein
No. CR 09-00453 RMW                 1

(B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: 7/10/09

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: 7/10/09

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

## ORDER

The parties have requested a continuance of the status conference set for Monday, July 13, 2009, to allow for effective defense preparation and to allow time to negotiate a global resolution..

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for, Monday, July 13, 2009, be continued to Monday, July 27, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED, that the time between, July 13, 2009, through July 27, 2009, shall be excluded for effective defense preparation and continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Date: 7/16/09

*/s/ Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court

STIPULATION TO CONTINUE HEARING;
[] ORDER
CR 09-00453-RMW                                2