JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney
    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5061
    Fax:  (408) 535-5066
    E-Mail: daniel.kaleba@usdoj.gov

*E-FILED - 10/20/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER FRANKLIN KLEIN, ) <br> ) <br> Defendant. ) <br> ) | No. CR 09-00453 RMW <br><br> STIPULATION AND [] ORDER CONTINUING AUGUST 31, 2009 HEARING AND EXCLUDING TIME FROM AUGUST 31, 2009 TO NOVEMBER 2, 2009 |

WHEREAS, the defendant, PETER FRANKLIN KLEIN, represented by Nicholas P. Humy, Assistant Federal Public Defender, and plaintiff the United States of America, represented by Daniel R. Kaleba, Assistant United States Attorney, continue to negotiate a pretrial disposition in the above referenced matter;

WHEREAS, the defendant is also facing existing criminal charges by the State of California, Santa Clara County, and the parties have recently been advised that new criminal charges against defendant may also be filed by the Santa Clara County District Attorney;

WHEREAS, the defendant is attempting to obtain a global disposition to all pending and potential charges filed by the United States Attorney's Office for the Northern District of California, as well as the Santa Clara County District Attorney, but the defendant needs

[] ORDER EXCLUDING TIME
CR 09-00453 RMW

1 additional time to negotiate a final disposition with the Santa Clara County District Attorney;

2 THEREFORE, the parties jointly stipulate that the August 31, 2009 status hearing date should be continued approximately 60 days, until November 2, 2009, to allow time for the defendant to conduct necessary defense investigation into the current and potential new criminal charges, and allow defense counsel additional time to confer with defendant, his defense counsel in the state matters, and the Santa Clara County District Attorney's Office regarding a disposition of the criminal matters. The parties anticipate resolving this matter through a plea agreement, but require more time to reach a desired global disposition.

The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would unreasonably deny the defendant continuity of counsel and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time should therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv).

DATED:       September 11, 2009                    /s/
                                                    LARA S. VINNARD for
                                                    NICHOLAS P. HUMY
                                                    Assistant Federal Public Defender

             August 27, 2009                        /s/
                                                    DANIEL R. KALEBA
                                                    Assistant United States Attorney

|xxxxxxxxxxx ORDER EXCLUDING TIME
CR 09-00453 RMW                          -2-

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 31, 2009 and November 2, 2009 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 31, 2009 and November 2, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between August 31, 2009 and November 2, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  10/20/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge