1  Daniel L. Barton, Esq., (SBN: 135806)

2

3  Nolan, Armstrong
4  & Barton, LLP

*E-FILED - 12/11/09*

5  600 University Ave. \ Palo Alto, Ca. 94301
   Tel. (650) 326-2980  Fax (650) 326-9704

6
   Attorney for Defendant
7  Peter Franklin Klein

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        | Case No. CR 09-00453 RMW
12 |         Plaintiff,               | STIPULATION AND XXXXXXXX
13 |                                  | ORDER CONTINUING HEARING AND
   |      v.                          | EXCLUDING TIME FROM NOVEMBER
14 |                                  | 23, 2009 TO DECEMBER 14, 2009
   | PETER FRANKLIN KLEIN,
15 |
   |         Defendant.
16 |

17

18     Defendant Peter Franklin Klein, by and through his attorney Daniel L. Barton, and
19  the United States, by and through Assistant United States Attorney Daniel Kaleba,
20  hereby stipulate and agree to request that the court continue the status conference
21  currently set for November 23, 2009 , at 9:00 a.m., to Monday, December 14, 2000, at
22  9:00 a.m.
23     This continuance is requested to allow for effective defense preparation and to
24  allow time to coordinate with the attorneys prosecuting and representing Mr. Klein in
25  Superior Court, Santa Clara County, in order to accomplish a global resolution.
26     The parties further agree and stipulate that the time should be excluded from and
27  including November 23, 2009 through and including December 14, 2009, for effective
28  defense preparation and continuity of defense counsel, pursuant to Speedy Trial Act 18

- 1 -
STIPULATION AND ORDER CONTINUING HEARING

U.S.C. § 3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the request to exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: 11/18/09

Nolan, Armstrong & Barton, LLP

/s/
Daniel L. Barton
Attorney for Peter Franklin Klein

Dated: 11/18/09

Office of the United States Attorney

/S/
Daniel Kaleba
Assistant United States Attorney

### ORDER

The parties have requested a continuance of the status conference set for Monday, November 23, 2009, to allow for effective defense preparation and to allow time to accomplish a global resolution of the state and federal cases pending against defendant.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing date presently set for November 23, 2009 be continued to Monday, December 14, 2009, at 9:00 a.m.

IT IS FURTHER ORDERED that the time between November 23, 2009 through December 14, 2009 shall be excluded for effective defense preparation and continuity of defense counsel, pursuant to Speedy Trial Act 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12/11/09

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court

- 2 -
**STIPULATION AND ORDER CONTINUING HEARING**