1  Daniel L. Barton, Esq., (SBN: 135806)

2

3  **Nolan, Armstrong**
4  **& Barton, LLP**

*E-FILED - 12/11/09*

5  600 University Ave. \ Palo Alto, Ca. 94301
   Tel.  (650) 326-2980  Fax (650) 326-9704

6

7  Attorney for Defendant
   Peter Franklin Klein

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,              Case No. CR 09-00453 RMW

12              Plaintiff,                 STIPULATION AND |XXXXXXXXX
                                           ORDER CONTINUING HEARING AND
13       v.                                EXCLUDING TIME FROM DECEMBER
                                           14, 2009 TO JANUARY 11, 2010
14  PETER FRANKLIN KLEIN,

15              Defendant.

16

17

18      Defendant Peter Franklin Klein, by and through his attorney Daniel L. Barton, and

19  the United States, by and through Assistant United States Attorney Daniel Kaleba,

20  hereby stipulate and agree to request that the court continue the status conference

21  currently set for December 14, 2009, at 9:00 a.m., to Monday, January 11, 2010, at 9:00

22  a.m.

23      This continuance is requested to allow for effective defense preparation and to

24  allow time to coordinate with the attorneys prosecuting and representing Mr. Klein in

25  Superior Court, Santa Clara County, in order to accomplish a global resolution.

26      The parties further agree and stipulate that the time should be excluded from and

27  including December 14, 2009 through and including, January 11, 2010 for effective

28  defense preparation and continuity of defense counsel, pursuant to Speedy Trial Act 18

1  U.S.C. § 3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant
2  agree that granting the request to exclusion of time will serve the interest of justice and
3  outweigh the interest of the public and defendant in a speedy trial.

Nolan, Armstrong & Barton, LLP

Dated: 12/10/09   /S/
Daniel L. Barton
Attorney for Peter Franklin Klein

Office of the United States Attorney

Dated: 12/10/09   /S/
Daniel Kaleba
Assistant United States Attorney

## ORDER

The parties have requested a continuance of the status conference set for Monday, December 14, 2009, to allow for effective defense preparation and to allow time to accomplish a global resolution of the state and federal cases pending against defendant.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing date presently set for December 14, 2009 be continued to Monday, January 11, 2010, at 9:00 a.m.

IT IS FURTHER ORDERED that the time between December 14, 2009 through January 11, 2010 shall be excluded for effective defense preparation and continuity of defense counsel, pursuant to Speedy Trial Act 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12/11/09

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court